VINCENZA SANSOME v. SALVATORE SANSOME.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS GLOVER.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE CORVELLI.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN M. KUNZ.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC JAMES BRITTINGHAM.

June 21, 1988.

Petition for certification denied.